UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLSKIE LINIE LOTNICZE LOT S.A., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | Case No. C21-1449RSM <br><br> ORDER GRANTING STIPULATED MOTION FOR EXTENSION TO RESPOND TO COMPLAINT |

This matter comes before the Court on the parties' Stipulated Motion for Extension to Respond to Complaint. Dkt. #20. Plaintiff Polskie Linie Lotnicze LOT S.A. ("LOT") and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), Boeing's time to respond to LOT's Complaint shall be extended from November 18, 2021, to December 10, 2021. *Id*. The parties have also agreed to the following briefing schedule for a motion to dismiss:

December 10, 2021: Boeing's Motion to Dismiss Due

January 28, 2022: LOT's Opposition Due

February 11, 2022: Boeing's Reply Due

Having considered the above, the Court hereby finds good cause and ORDERS that the parties' Stipulated Motion for Extension to Respond to Complaint, Dkt. #20, is GRANTED. Boeing shall note their Motion to Dismiss for consideration on February 11, 2022.

ORDER - 1

DATED this 2nd day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2