UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLSKIE LINIE LOTNICZE LOT S.A., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | No. 2:21-cv-1449-RSM <br><br> STIPULATED MOTION FOR EXTENSION TO RESPOND TO COMPLAINT AND ORDER <br><br> NOTE ON MOTION CALENDAR: <br> October 13, 2022 |

Plaintiff Polskie Linie Lotnicze LOT S.A. ("LOT") and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), Boeing's time to respond to LOT's Complaint (ECF No. 1) shall be extended to November 17, 2022.

IT IS SO STIPULATED by and between the parties.

| | |
|---|---|
| 1 | DATED: October 13, 2022 |

By: s/ *Mirin Park*
    Mirin Park, WSBA No. 57983
**Condon & Forsyth LLP**
600 Stewart Street
Suites 300 & 400
Seattle, Washington 98101
Email: mpark@condonlaw.com

Anthony U. Battista (*pro hac vice*)
Diana Gurfel Shapiro (*pro hac vice*)
Evan Kwarta (*pro hac vice*)
Mary Dow (*pro hac vice*)

**Condon & Forsyth LLP**
7 Times Square, 18th Floor
New York, New York 10036
Email: abattista@condonlaw.com
        dgurfel@condonlaw.com
        ekwarta@condonlaw.com
        mdow@condonlaw.com

*Attorneys for Plaintiff Polskie Linie Lotnicze LOT S.A.*

By: s/ *Ulrike B. Connelly*
    Steve Y. Koh, WSBA No. 23284
    Eric B. Wolff, WSBA No. 43047
    Ulrike B. Connelly, WSBA No. 42478
    Gregory F. Miller, WSBA No. 56466
    Michelle L. Maley, WSBA No. 51318
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: SKoh@perkinscoie.com
EWolff@perkinscoie.com
UConnelly@perkinscoie.com
GMiller@perkinscoie.com
MMaley@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION TO EXTEND ANSWER DEADLINE
AND ORDER (No. 2:21-cv-1449-RSM) – 2

92506380

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Boeing to respond to LOT's Complaint (ECF No. 1) shall be extended to November 17, 2022.

DATED this 14th day of October, 2022.

                             *[signature]*
                             RICARDO S. MARTINEZ
                             UNITED STATES DISTRICT JUDGE