THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

POLSKIE LINIE LOTNICZE LOT S.A.,

Plaintiff,

v.

THE BOEING COMPANY,

Defendant.

No. 2:21-cv-01449-RSM

STIPULATED MOTION FOR EXTENSION
OF ANSWER DEADLINES AND ORDER

NOTE ON MOTION CALENDAR:
November 8, 2022

Plaintiff Polskie Linie Lotnicze LOT S.A. ("LOT") and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), Boeing's time to answer LOT's First Amended Complaint (currently filed under seal at ECF No. 43; redacted version forthcoming) or file a motion to dismiss shall be extended to December 9, 2022, LOT's response (if any) will be due January 12, 2023, and Boeing's reply (if any) will be due on January 20, 2023.

IT IS SO STIPULATED by and between the parties.

1    DATED:  November 8, 2022

2    By:  s/ *Mirin Park*                              By:  s/ *Ulrike B. Connelly*
3         Mirin Park, WSBA No. 57983                        Steve Y. Koh, WSBA No. 23284
          **Condon & Forsyth LLP**                          Eric B. Wolff, WSBA No. 43047
4         600 Stewart Street                                Ulrike B. Connelly, WSBA No. 42478
          Suites 300 & 400                                  Gregory F. Miller, WSBA No. 56466
5         Seattle, Washington 98101                         Michelle L. Maley, WSBA No. 51318
          Email:  mpark@condonlaw.com                       **Perkins Coie LLP**
6                                                           1201 Third Avenue, Suite 4900
                                                            Seattle, WA  98101-3099
7         Anthony U. Battista (*pro hac vice*)              Telephone: 206.359.8000
          Diana Gurfel Shapiro (*pro hac vice*)             Facsimile: 206.359.9000
8         Evan Kwarta (*pro hac vice*)                      Email:   SKoh@perkinscoie.com
          Mary Dow (*pro hac vice*)                                  EWolff@perkinscoie.com
9                                                                    UConnelly@perkinscoie.com
          **Condon & Forsyth LLP**                                   GMiller@perkinscoie.com
10        7 Times Square, 18th Floor                                 MMaley@perkinscoie.com
          New York, New York 10036
11        Email:  abattista@condonlaw.com             *Attorneys for Defendant The Boeing Company*
                  dgurfel@condonlaw.com
12                ekwarta@condonlaw.com
                  mdow@condonlaw.com
13
     *Attorneys for Plaintiff Polskie Linie*
14   *Lotnicze LOT S.A.*

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR EXTENSION OF ANSWER
DEADLINES AND [PROPOSED] ORDER
(No. 2:21-cv-01449) – 2
92512194

1

## ORDER

2 **PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

3        The deadline for Boeing to answer LOT's First Amended Complaint (ECF No. 43) or

4  file a motion to dismiss shall be extended to December 9, 2022. LOT's response (if any) will be

5  due January 12, 2023, and Boeing's reply (if any) will be due on January 20, 2023.

6

7        IT IS SO ORDERED.

8

9        DATED this 10th day of November, 2022.

10

11

12

RICARDO S. MARTINEZ
13 UNITED STATES DISTRICT JUDGE

14

15        Presented by:

16

By:  s/ *Mirin Park*
17        Mirin Park, WSBA No. 57983
      **Condon & Forsyth LLP**
18     600 Stewart Street
       Suites 300 & 400
19     Seattle, Washington 98101

20
       Anthony U. Battista (*pro hac vice*)
21     Diana Gurfel Shapiro (*pro hac vice*)
       Evan Kwarta (*pro hac vice*)
22     Mary Dow (*pro hac vice*)

23
       **Condon & Forsyth LLP**
24     7 Times Square, 18th Floor
       New York, New York 10036
25     Email:   abattista@condonlaw.com
                dgurfel@condonlaw.com
26              ekwarta@condonlaw.com
                mdow@condonlaw.com

STIPULATED MOTION FOR EXTENSION OF ANSWER
DEADLINES AND [PROPOSED] ORDER
(No. 2:21-cv-01449) – 3
92512194

*Attorneys for Plaintiff Polskie Linie Lotnicze LOT S.A.*

By:  s/ *Ulrike B. Connelly*
   Steve Y. Koh, WSBA No. 23284
   Eric B. Wolff, WSBA No. 43047
   Ulrike B. Connelly, WSBA No. 42478
   Gregory F. Miller, WSBA No. 56466
   Michelle L. Maley, WSBA No. 51318
   **Perkins Coie LLP**
   1201 Third Avenue, Suite 4900
   Seattle, WA  98101-3099
   Telephone: 206.359.8000
   Facsimile: 206.359.9000
   Email: SKoh@perkinscoie.com
       EWolff@perkinscoie.com
       UConnelly@perkinscoie.com
       GMiller@perkinscoie.com
       MMaley@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION FOR EXTENSION OF ANSWER
DEADLINES AND [PROPOSED] ORDER
(No. 2:21-cv-01449) – 4
92512194