THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLSKIE LINIE LOTNICZE LOT S.A.,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY,<br><br>Defendant. | Case No. 2:21-CV-01449-RSM<br><br>STIPULATED MOTION AND ORDER FOR LEAVE TO FILE BOEING'S REDACTED PLEADING (MOTION TO DISMISS) |

## INTRODUCTION

Pursuant to Local Civil Rule 5(g)(3)(B)(iii), Defendant The Boeing Company ("Boeing") and Plaintiff Polskie Linie Lotnicze LOT S.A. ("LOT") respectfully move the Court to grant LOT leave to file a redacted version of Boeing's Motion to Dismiss (currently under seal) and maintain the unredacted copy under seal. The proposed public version of the Motion, with redactions applied for the Court's convenience, is attached as Exhibit A.

## PROCEDURAL HISTORY

The Parties jointly follow up on their prior request to seal Boeing's Motion to Dismiss, which the Court granted on December 13, 2022. *See* ECF No. 52. The Parties now agree that of Boeing's

24-page Motion to Dismiss LOT's First Amended Complaint, only eight sentences that directly cite or summarize terms of the Aircraft General Terms Agreement ("AGTA") contract should remain under seal to protect Boeing and its customers' confidential contracts.

## LEGAL STANDARD AND ARGUMENT

This stipulation adopts and incorporates by references the parties' Stipulated Motion and Order for Leave to File Document Under Seal at ECF No. 50. For the reasons set out in the Stipulated Motion, the particular contractual terms of the AGTAs excerpted or summarized in Boeing's Motion to Dismiss LOT's First Amended Complaint (which is itself filed under seal, with the contract terms redacted)—should be redacted in the public filing. Redacting only a few sentences is the least restrictive method available to ensure protection of Boeing's confidential and sensitive information. *See* LCR 5(g)(3)(B)(iii) (requiring the least restrictive method to ensure protection of material to be sealed). Because there are no less restrictive alternatives available, the parties agree that redaction is appropriate.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that this Court grant Boeing leave to file its Motion to Dismiss LOT's First Amended Complaint, attached as Exhibit A (with the proposed redactions applied), leaving sealed only the few sentences that disclose the contents of Boeing's proprietary business contract (the AGTA).

IT IS SO STIPULATED by and between the Parties.

DATED: December 29, 2022

By: s/ *Mirin Park*
Mirin Park, WSBA No. 57983

**Condon & Forsyth LLP**
600 Stewart Street
Suites 300 & 400
Seattle, Washington 98101
Email: mpark@condonlaw.com

Anthony U. Battista (*pro hac vice*)
Diana Gurfel Shapiro (*pro hac vice*)
Evan Kwarta (*pro hac vice*)
Mary Dow (*pro hac vice*)

**Condon & Forsyth LLP**
7 Times Square, 18th Floor
New York, New York 10036
Email: abattista@condonlaw.com
       dgurfel@condonlaw.com
       ekwarta@condonlaw.com
       mdow@condonlaw.com

*Attorneys for Plaintiff*
*Polskie Linie Lotnicze LOT S.A.*

By: *s/ Ulrike B. Connelly*
Steve Y. Koh, WSBA No. 23284
Eric B. Wolff, WSBA No. 43047
Ulrike B. Connelly, WSBA No. 42478
Gregory F. Miller, WSBA No. 56466
Michelle L. Maley, WSBA No. 51318

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: SKoh@perkinscoie.com
       EWolff@perkinscoie.com
       UConnelly@perkinscoie.com
       GMiller@perkinscoie.com
       MMaley@perkinscoie.com

*Attorneys for Defendant*
*The Boeing Company*

## ORDER

Based upon the foregoing Stipulation, the Court hereby:

ORDERS, ADJUDGES AND DECREES that the redacted copy of Boeing's Motion to Dismiss LOT's First Amended Complaint may be filed on the docket.

IT IS SO ORDERED.

DATED this 3rd day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ *Mirin Park*
Mirin Park, WSBA No. 57983

**Condon & Forsyth LLP**
600 Stewart Street
Suites 300 & 400
Seattle, Washington 98101
Email: mpark@condonlaw.com

Anthony U. Battista (*pro hac vice*)
Diana Gurfel Shapiro (*pro hac vice*)
Evan Kwarta (*pro hac vice*)
Mary Dow (*pro hac vice*)

**Condon & Forsyth LLP**
7 Times Square, 18th Floor
New York, New York 10036
Email: abattista@condonlaw.com
       dgurfel@condonlaw.com
       ekwarta@condonlaw.com
       mdow@condonlaw.com

*Attorneys for Plaintiff*
*Polskie Linie Lotnicze LOT S.A*

By: s/ *Ulrike B. Connelly*
Steve Y. Koh, WSBA No. 23284
Eric B. Wolff, WSBA No. 43047
Ulrike B. Connelly, WSBA No. 42478
Gregory F. Miller, WSBA No. 56466
Michelle L. Maley, WSBA No. 51318

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:  SKoh@perkinscoie.com
        EWolff@perkinscoie.com
        UConnelly@perkinscoie.com
        GMiller@perkinscoie.com
        MMaley@perkinscoie.com

*Attorneys for Defendant*
*The Boeing Company*

STIPULATED MOTION AND ORDER FOR LEAVE TO FILE
REDACTED VERSION OF BOEING'S MOTION TO DISMISS
Case No. 21-cv-1449-RSM - 4