THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLSKIE LINIE LOTNICZE LOT S.A., <br><br> Plaintiff, <br><br> vs. <br><br> THE BOEING COMPANY, <br><br> Defendant. | Case No. 2:21-CV-01449-RSM <br><br> STIPULATED MOTION AND ORDER FOR LEAVE TO FILE LOT'S REDACTED OPPOSITION TO BOEING'S MOTION TO DISMISS <br><br> NOTE ON MOTION CALENDAR: JANUARY 19, 2023 |

## INTRODUCTION

Pursuant to Local Civil Rule 5(g)(3)(B)(iii), Plaintiff Polskie Linie Lotnicze LOT S.A. ("LOT") and Defendant The Boeing Company ("Boeing," and together with LOT, the "Parties") respectfully move the Court to grant LOT leave to file a redacted version of its Opposition to Boeing's Motion to Dismiss LOT's First Amended Complaint (currently under seal) ("Opposition") and maintain the unredacted copy under seal. The proposed public version of the Opposition, with redactions applied for the Court's convenience, is attached as Exhibit A.

## PROCEDURAL HISTORY

The Parties jointly follow up on their prior request to seal LOT's Opposition to Boeing's Motion to Dismiss, which the Court granted on January 13, 2023. *See* ECF No. 60. The Parties

now agree that of LOT's 22-page Opposition, only seven sentences that directly cite or summarize terms of the Aircraft General Terms Agreement ("AGTA") contract should remain under seal to protect Boeing and its customers' confidential contracts.

## LEGAL STANDARD AND ARGUMENT

This stipulation adopts and incorporates by references the parties' Stipulated Motion and [Proposed] Order for Leave to File LOT's Opposition to Boeing's Motion to Dismiss the First Amended Complaint Under Seal at ECF No. 58. For the reasons set out in the Stipulated Motion, the particular contractual terms of the AGTAs excerpted or summarized in LOT's Opposition should be redacted in the public filing. Redacting only a few sentences is the least restrictive method available to ensure protection of Boeing's confidential and sensitive information. *See* LCR 5(g)(3)(B)(iii) (requiring the least restrictive method to ensure protection of material to be sealed). Because there are no less restrictive alternatives available, the parties agree that redaction is appropriate. Further, this Court granted the Parties' Stipulated Motion for Leave to File a Redacted Version of Boeing's Motion to Dismiss, which included similar redactions to those agreed upon by the Parties in LOT's Opposition. *See* ECF No. 54.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that this Court grant LOT leave to file a redacted version of its Opposition to Boeing's Motion to Dismiss, attached as Exhibit A (with the proposed redactions applied), leaving sealed only the few sentences that disclose the contents of Boeing's proprietary business contract (the AGTA).

IT IS SO STIPULATED by and between the Parties.

DATED: January 19, 2023

| | |
|---|---|
| By: s/ *Mirin Park* <br> Mirin Park, WSBA No. 57983 | By: s/ *Ulrike B. Connelly* <br> Steve Y. Koh, WSBA No. 23284 <br> Eric B. Wolff, WSBA No. 43047 |
| **Condon & Forsyth LLP** <br> 600 Stewart Street <br> Suites 300 & 400 <br> Seattle, Washington 98101 <br> Email: mpark@condonlaw.com | Ulrike B. Connelly, WSBA No. 42478 <br> Gregory F. Miller, WSBA No. 56466 <br> Michelle L. Maley, WSBA No. 51318 <br><br> **Perkins Coie LLP** <br> 1201 Third Avenue, Suite 4900 |
| Anthony U. Battista (*pro hac vice*) <br> Diana Gurfel Shapiro (*pro hac vice*) <br> Evan Kwarta (*pro hac vice*) <br> Mary Dow (*pro hac vice*) | Seattle, WA  98101-3099 <br> Telephone: 206.359.8000 <br> Facsimile: 206.359.9000 <br> Email: SKoh@perkinscoie.com <br> EWolff@perkinscoie.com |
| **Condon & Forsyth LLP** <br> 7 Times Square, 18th Floor <br> New York, New York 10036 <br> Email: abattista@condonlaw.com <br> dgurfel@condonlaw.com <br> ekwarta@condonlaw.com <br> mdow@condonlaw.com | UConnelly@perkinscoie.com <br> GMiller@perkinscoie.com <br> MMaley@perkinscoie.com <br><br> *Attorneys for Defendant* <br> *The Boeing Company* |

*Attorneys for Plaintiff*
*Polskie Linie Lotnicze LOT S.A.*

## **ORDER**

Based upon the foregoing Stipulation, the Court hereby:

    ORDERS, ADJUDGES AND DECREES that the redacted copy of LOT's Opposition to Boeing's Motion to Dismiss LOT's First Amended Complaint may be filed on the docket.

IT IS SO ORDERED.

DATED this 20th day of January, 2023.

                                                 RICARDO S. MARTINEZ
                                                 UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ *Mirin Park*
Mirin Park, WSBA No. 57983

**Condon & Forsyth LLP**
600 Stewart Street
Suites 300 & 400
Seattle, Washington 98101
Email: mpark@condonlaw.com

Anthony U. Battista (*pro hac vice*)
Diana Gurfel Shapiro (*pro hac vice*)
Evan Kwarta (*pro hac vice*)
Mary Dow (*pro hac vice*)

**Condon & Forsyth LLP**
7 Times Square, 18th Floor
New York, New York 10036
Email: abattista@condonlaw.com
          dgurfel@condonlaw.com
          ekwarta@condonlaw.com
          mdow@condonlaw.com

*Attorneys for Plaintiff*
*Polskie Linie Lotnicze LOT S.A.*

By: *s/ Ulrike B. Connelly*
Steve Y. Koh, WSBA No. 23284
Eric B. Wolff, WSBA No. 43047
Ulrike B. Connelly, WSBA No. 42478
Gregory F. Miller, WSBA No. 56466
Michelle L. Maley, WSBA No. 51318

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:  SKoh@perkinscoie.com
          EWolff@perkinscoie.com
          UConnelly@perkinscoie.com
          GMiller@perkinscoie.com
          MMaley@perkinscoie.com

*Attorneys for Defendant*
*The Boeing Company*

STIPULATED MOTION AND ORDER FOR LEAVE TO
FILE LOT'S REDACTED OPPOSITION TO BOEING'S
MOTION TO DISMISS
Case No. 21-cv-1449-RSM - 4