THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLSKIE LINIE LOTNICZE LOT S.A.,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:21-cv-01449-RSM<br><br>STIPULATED MOTION FOR EXTENSION OF ANSWER DEADLINE AND ORDER<br><br>NOTE ON MOTION CALENDAR:<br>February 16, 2023 |

Plaintiff Polskie Linie Lotnicze Lot S.A. ("LOT") and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), Boeing's time to answer LOT's First Amended Complaint (ECF No. 49) shall be extended by fourteen (14) days from the current deadline of February 21, 2023, to the revised deadline of March 7, 2023. This extension will not impact any other case deadlines.

IT IS SO STIPULATED by and between the parties.

STIPULATED MOT. FOR EXTENSION OF ANSWER
DEADLINE AND ORDER
(No. 2:21-cv-01449) – 1

DATED: February 16, 2023

| | |
|---|---|
| By: s/ *Mirin Park*<br>　　Mirin Park, WSBA No. 57983<br>**Condon & Forsyth LLP**<br>600 Stewart Street<br>Suites 300 & 400<br>Seattle, Washington 98101<br>Email: mpark@condonlaw.com<br><br>　　Anthony U. Battista (*pro hac vice*)<br>　　Diana Gurfel Shapiro (*pro hac vice*)<br>　　Evan Kwarta (*pro hac vice*)<br>　　Mary Dow (*pro hac vice*)<br><br>**Condon & Forsyth LLP**<br>7 Times Square, 18th Floor<br>New York, New York 10036<br>Email: abattista@condonlaw.com<br>　　　　 dgurfel@condonlaw.com<br>　　　　 ekwarta@condonlaw.com<br>　　　　 mdow@condonlaw.com<br><br>*Attorneys for Plaintiff Polskie Linie Lotnicze LOT S.A.* | By: s/ *Christopher M. Ledford*<br>　　Harry H. Schneider, Jr., WSBA No. 9404<br>　　Steve Y. Koh, WSBA No. 23284<br>　　Eric B. Wolff, WSBA No. 43047<br>　　Ulrike B. Connelly, WSBA No. 42478<br>　　Christopher M. Ledford, WSBA No. 44515<br>　　Gregory F. Miller, WSBA No. 56466<br>　　Michelle L. Maley, WSBA No. 51318<br><br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>HSchneider@perkinscoie.com<br>SKoh@perkinscoie.com<br>EWolff@perkinscoie.com<br>UConnelly@perkinscoie.com<br>CLedford@perkinscoie.com<br>GMiller@perkinscoie.com<br>MMaley@perkinscoie.com<br><br>*Attorneys for Defendant*<br>*The Boeing Company* |

STIPULATED MOT. FOR EXTENSION OF ANSWER
DEADLINE AND ORDER
(No. 2:21-cv-01449) – 2

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Boeing to answer LOT's First Amended Complaint (ECF No. 49) shall be extended by fourteen (14) days from the current deadline of February 21, 2023, to the revised deadline of March 7, 2023.

IT IS SO ORDERED.

DATED this 16th day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ *Mirin Park*
    Mirin Park, WSBA No. 57983
    **Condon & Forsyth LLP**
    600 Stewart Street
    Suites 300 & 400
    Seattle, Washington 98101

    Anthony U. Battista (*pro hac vice*)
    Diana Gurfel Shapiro (*pro hac vice*)
    Evan Kwarta (*pro hac vice*)
    Mary Dow (*pro hac vice*)

**Condon & Forsyth LLP**
7 Times Square, 18th Floor
New York, New York 10036
Email:  abattista@condonlaw.com
         dgurfel@condonlaw.com
         ekwarta@condonlaw.com
         mdow@condonlaw.com

*Attorneys for Plaintiff Polskie Linie Lotnicze Lot S.A.*

By: s/ *Christopher M. Ledford*
   Harry H. Schneider, Jr., WSBA No. 9404
   Steve Y. Koh, WSBA No. 23284
   Eric B. Wolff, WSBA No. 43047
   Christopher M. Ledford, WSBA No. 44515
   Ulrike B. Connelly, WSBA No. 42478
   Gregory F. Miller, WSBA No. 56466
   Michelle L. Maley, WSBA No. 51318

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
HSchneider@perkinscoie.com
SKoh@perkinscoie.com
EWolff@perkinscoie.com
CLedford@perkinscoie.com
UConnelly@perkinscoie.com
GMiller@perkinscoie.com
MMaley@perkinscoie.com

*Attorneys for Defendant
The Boeing Company*

STIPULATED MOT. FOR EXTENSION OF ANSWER
DEADLINE AND ORDER
(No. 2:21-cv-01449) – 4