UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLSKIE LINIE LOTNICZE LOT S.A., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | Case No. 2:21-cv-01449-RSM <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND REMAINING DEADLINES** |

This matter comes before the Court on the parties' Joint Motion seeking to push out trial nine months, from October 15, 2024, to July 21, 2025. Dkt. #85. The Court is troubled by the length of the requested continuance, given that this case was filed in 2021 and has had significant delays in discovery. However, the parties have not made a similar request previously and it appears to otherwise be made in good faith. The Court, having reviewed the entire record, including the parties' supporting brief and submissions, finds that good cause is shown and hereby **GRANTS** the joint motion for the reasons set forth in said Motion. It is therefore **ORDERED** that the remaining deadlines in the Court's most recent Scheduling Order, Dkt. #84, shall be extended as set forth below:

//

//

//

ORDER GRANTING JOINT MOTION TO EXTEND
REMAINING DEADLINES – 1

| Event | Old Deadline | New Deadline |
|---|---|---|
| Jury Trial Date | October 15, 2024 | July 21, 2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) | April 18, 2024 | September 18, 2024 |
| Deadline for filing motions related to discovery | May 20, 2024 | January 20, 2025 |
| Rebuttal expert reports due | | November 17, 2024 |
| Reply expert reports, if any, due | | January 15, 2025 |
| Discovery completed by | June 17, 2024 | February 1, 2025 |
| All dispositive motions must be filed by | July 17, 2024 | February 28, 2025 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | September 3, 2024 | October 15, 2024 |
| All motions in limine must be filed by | September 17, 2024 | May 12, 2025 |
| Agreed pretrial order due | October 3, 2024 | May 29, 2025 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | October 10, 2024 | July 11, 2025 |

**IT IS SO ORDERED.**

DATED this 1st day of April, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE