UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLSKIE LINIE LOTNICZE LOT S.A., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | No. 2:21-CV-01449-RSM <br><br> **STIPULATED MOTION SETTING SUMMARY JUDGMENT AND** *DAUBERT* **BRIEFING SCHEDULE AND ORDER** |

### I. STIPULATION

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff Polskie Linie Lotnicze Lot S.A. ("LOT") and Defendant The Boeing Company ("Boeing") jointly move the Court to extend the parties' deadlines to file responses to and replies in support of their pending summary judgment and *Daubert* motions. An extension is necessary to allow the parties sufficient time to fully digest and respond to numerous motions—including overlength motions—that the parties filed on May 29.

The default deadlines for the parties to file responses to and replies in support of their motions are June 20 and June 26 (21 and 28 days after motions, excluding a federal holiday), respectively. *See* Local Civil Rule 7(d)(4). The parties request a July 10 deadline to file responses to summary judgment and *Daubert* motions, and a July 30 deadline to file replies in support of those motions, as summarized in the below chart. July 30 would also be the new noting date.

| Filing | Current Deadline | Amended Deadline |
|---|---|---|
| Responses to summary judgment and *Daubert* motions | June 20 | July 10 |
| Noting date and replies in support of summary judgment and *Daubert* motions | June 26 | July 30 |

IT IS SO STIPULATED by and between the parties.

\*   \*   \*

I certify that this memorandum contains 199 words, in compliance with the Local Civil Rules.

| | |
|---|---|
| DATED:  June 4, 2025 | |
| By: s/ *Anthony U. Battista*<br>Mirin Park, WSBA No. 57983<br>**Condon & Forsyth LLP**<br>600 Stewart Street<br>Suites 300 & 400<br>Seattle, Washington 98101<br>Email: mpark@condonlaw.com<br><br>Anthony U. Battista (*pro hac vice*)<br>Diana Gurfel Shapiro (*pro hac vice*)<br>Mary Dow (*pro hac vice*)<br><br>**Condon & Forsyth LLP**<br>7 Times Square, 18th Floor<br>New York, New York 10036<br>Email:  abattista@condonlaw.com<br>　　　　dgurfel@condonlaw.com<br>　　　　mdow@condonlaw.com<br><br>*Attorneys for Plaintiff Polskie Linie Lotnicze LOT S.A.* | By: s/ *Ulrike B. Connelly*<br>Harry H. Schneider, Jr., Bar No. 9404<br>Christopher M. Ledford, Bar. No. 44515<br>Ulrike B. Connelly, Bar No. 42478<br>Michael Paisner, Bar No. 48822<br>Michelle L. Maley, Bar No. 51318<br><br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>HSchneider@perkinscoie.com<br>CLedford@perkinscoie.com<br>UConnelly@perkinscoie.com<br>MPaisner@perkinscoie.com<br>MMaley@perkinscoie.com<br><br>*Attorneys for Defendant The Boeing Company* |

STIPULATED MOTION SETTING
SUMMARY JUDGMENT AND
DAUBERT BRIEFING SCHEDULE
(No. 2:21-CV-01449-RSM) – 3

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The Court GRANTS the Stipulated Motion Setting Summary Judgment and *Daubert* Motion Briefing Schedule. The parties shall file their summary judgment and *Daubert* motion responses and replies in accordance with the below briefing schedule.

| Filing | Current Deadline | Amended Deadline |
|---|---|---|
| Responses to summary judgment and *Daubert* motions | June 20 | July 10 |
| Noting date and replies in support of summary judgment and *Daubert* motions | June 26 | July 30 |

IT IS SO ORDERED.

DATED this 6th day of June, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE