UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLSKIE LINIE LOTNICZE LOT S.A.,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:21-CV-01449-RSM<br><br>**ORDER GRANTING JOINT MOTION TO SEAL** |

This matter comes before the Court on Plaintiff Polskie Linie Lotnicze LOT S.A. and Defendant The Boeing Company's Joint Motion to Seal, Dkt. #167. The Court, having considered the motion, hereby GRANTS the motion. All documents filed in support of the parties' summary judgment and *Daubert* motions, except for those documents reflected in Table A at Dkt. #167, shall remain under seal.

**IT IS SO ORDERED.**

DATED this 21st day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE