THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLSKIE LINIE LOTNICZE LOT S.A., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | Case No. 2:21-CV-01449-RSM <br><br> JOINT PROPOSED NEUTRAL STATEMENT OF THE CASE |

    Plaintiff Polskie Linie Lotnicze LOT S.A. and Defendant The Boeing Company respectfully submit the below joint proposed Neutral Statement of the Case in accordance with the Court's instructions at the October 7, 2025 final pretrial conference.

# NEUTRAL STATEMENT OF THE CASE

This case concerns a dispute between Polskie Linie Lotnicze LOT S.A., also known as LOT Polish Airlines (or "LOT" for short), and The Boeing Company (or "Boeing" for short). The plaintiff, LOT, is the flagship air carrier for Poland and operates flights all over the world, including to and from the United States. The defendant, Boeing, is one of the world's largest manufacturers and sellers of commercial airplanes. LOT is suing Boeing to recover economic damages that LOT claims it sustained after agreeing to lease fifteen of Boeing's newest narrowbody aircraft model known as the Boeing 737 MAX (or the "MAX" for short). LOT is claiming that Boeing made certain misrepresentations about the MAX and also concealed certain information about the MAX, in order to induce LOT to enter into the lease agreements for this aircraft. Boeing maintains that it engaged truthfully and honestly with LOT and that none of the information LOT claims it withheld would have made any difference to LOT's leasing decision.

In March 2019, LOT's MAX airplanes were grounded following two accidents involving MAX aircraft. LOT was not involved in either accident. At the time of the grounding, LOT had received five of the leased MAX aircraft from Boeing and had scheduled deliveries from Boeing for the remaining ten leased MAX aircraft. LOT claims that it suffered economic losses as a result of Boeing's alleged fraud. Boeing maintains that LOT has no recoverable damages.

LOT seeks to recover its alleged damages from Boeing based on two causes of action for fraud: (1) fraudulent misrepresentation; and (2) fraudulent concealment.

Boeing denies all liability and claims that LOT cannot satisfy the legal requirements of either of its causes of action or prove any damages.

Dated: October 27, 2025

Respectfully submitted,

By: */s/ Anthony U. Battista*

Anthony U. Battista (admitted *pro hac vice*)
Diana Gurfel (admitted *pro hac vice*)
Christopher R. Christensen (admitted *pro hac vice*)
Mary Dow (admitted *pro hac vice*)
William de Wolff (admitted *pro hac vice*)

**Condon & Forsyth LLP**
7 Times Square, 18th Floor
New York, New York 10036
Phone: (212) 490-9100
Facsimile: (212) 370-4453
Email: abattista@condonlaw.com
　　　　dgurfel@condonlaw.com
　　　　cchristensen@condonlaw.com
　　　　mdow@condonlaw.com
　　　　wdewolff@condonlaw.com

Mirin Park, WSBA No. 57983

**Condon & Forsyth LLP**
600 Stewart Street
Suites 300 & 400
Seattle, Washington 98101
Phone: (206) 338-4240
Facsimile: (206) 338-4240
Email: mpark@condonlaw.com

*Attorneys for Plaintiff*
*Polskie Linie Lotnicze LOT S.A.*

By: */s/ Michael Paisner*

Harry H. Schneider, Jr., Bar No. 9404
Christopher M. Ledford, Bar No. 44515
Ulrike B. Connelly, Bar No. 42478
Michael Paisner, Bar No. 48822
Michelle L. Maley, Bar No. 51318

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-30804
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: HSchneider@perkinscoie.com
　　　　CLedford@perkinscoie.com
　　　　UConnelly@perkinscoie.com
　　　　MPaisner@perkinscoie.com
　　　　MMaley@perkinscoie.com

*Attorneys for Defendant*
*The Boeing Company*