UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLSKIE LINIE LOTNICZE LOT S.A., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | Case No. C21-1449RSM <br><br> ORDER GRANTING PLAINTIFF LOT'S MOTION TO SEAL DOCUIMENTS SUPPORTING LOT'S MOTIONS IN LIMINE |

 This matter comes before the Court on Plaintiff Polskie Linie Lotnicze LOT S.A.'s Motion to Seal Document Supporting its Motions *in Limine*, Dkt. #195. The Court, having considered the motion and the papers filed in support of and opposition to the same, hereby GRANTS the motion for the reasons set forth in the Plaintiff's Motion. The filings at Dkts. #198 and #199 are to remain under seal.

 IT IS SO ORDERED.

 DATED this 14th day of January, 2025.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1