UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLSKIE LINIE LOTNICZE LOT S.A.,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | Case No. C21-1449-RSM<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE** |

The Honorable John C. Coughenour, U.S. District Judge, will preside over a settlement conference in this matter. In anticipation, it is hereby ORDERED as follows:

**A.  Participation of Parties**

All parties and their counsel shall appear as described below:

10 a.m. on April 7, 2026

**United States District Courthouse**
**700 Stewart St. 12th floor - Courtroom 16B**
**Seattle, WA 98101**

**All parties, representatives with full and complete settlement authority and lead counsel are required to personally attend the conference.**  Having a client with authority available by telephone is not an acceptable alternative, except under the most extenuating circumstances, which must be approved by Judge Coughenour in advance of the settlement

ORDER REGARDING SETTLEMENT CONFERENCE - 1

conference.  It is impossible for a party who is not present to appreciate the process and the reasons which may justify a change in one's perspective towards settlement.  If there are other parties necessary to settle the case, counsel must arrange for their attendance.  Any counsel appearing without authority to negotiate may result in an award to the other parties of their costs and fees incurred for the conference, or other sanctions.

**The Settlement Conference is scheduled to start at 10:00 a.m. and to end no later than 4:00 p.m.**  Personal attendance is required for the entire duration of the settlement conference.

**B.  Format**

Consideration of settlement is a serious matter that requires thorough preparation prior to the Settlement Conference.  Set forth below are the procedures the Court requires the parties to follow and the procedures the Court will employ in conducting the Conference.

**1.  Submission of Confidential Settlement Letters**

Each party shall submit a confidential letter no later than April 2, 2026.  Do not file copies of these letters on the Court docket and do not serve these letters on the opposing party.  The letter shall include the case number and case name and shall be emailed to Judge Coughenour at coughenourorders@wawd.uscourts.gov.  The email subject line shall read: "Confidential: Polskie Linie Lotnicze Lot S.A. v. The Boeing Company, C21-1449-RSM, [*Plaintiff's*/*Defendant's*] Settlement Letter."  Do not mail hard copies of the letter to Chambers.

The confidential settlement letters shall not exceed **ten (10) pages** in length and shall set forth the following:

- The name and title of the client who will be present throughout the conference and who will be authorized to enter into a settlement agreement, and the names and titles of any other persons who will attend the conference;

ORDER REGARDING SETTLEMENT CONFERENCE - 2

- A brief analysis of the key issues involved in the litigation, including the party's claims and defenses and the applicable statutory or other bases upon which the claims or defenses are based;

- A candid description of the strongest and weakest points in **each** party's case, both legal and factual (key exhibits, expert reports, or extracts of deposition transcripts may be attached);

- Itemization of damages, fees, and costs to date, and an estimated amount of fees, time, and costs to be expended through the conclusion of trial;

- Reference (by docket number) to any motions, pending or otherwise, that are significant in the case or would have a material impact on settlement, for the Court to review prior to the conference;

- A history of past settlement discussions;

- The major obstacles to settlement as perceived by each party; and

- A settlement proposal the party believes to be fair.

Failure to submit a Confidential Settlement Letter will result in the rescheduling or cancellation of the Settlement Conference.

### 2.    Confidentiality

The Court expects the parties to address each other with courtesy and respect.  Parties are encouraged to be frank and open in their discussions.  As a result, statements made by any party during the Settlement Conference are not to be used in discovery or for any other purpose, and will not be admissible at trial.  LCR 39.1; Fed. R. Evid. 408(a).  Any documents submitted for the Settlement Conference will be maintained in Chambers and will be destroyed after the Conference.

### 3.  Settlement Conference Format

The Court will generally use a mediation format that consists of a joint session with an opening discussion.  Opening statements by the parties are discouraged.  Thereafter, there will be private caucusing by the Court with each of the parties.  The Court expects both the lawyers and

ORDER REGARDING SETTLEMENT CONFERENCE - 3

the party representatives to be fully prepared to participate.  The Court encourages all parties to keep an open mind in order to re-assess their previous positions and to consider creative means for resolving the dispute.

**4.  Settlement Agreement**

In anticipation of a settlement, the parties shall bring to the settlement conference a copy of a draft settlement agreement in a form acceptable to them for signature by all parties.  If settlement is agreed, it is the responsibility of all counsel to immediately report the settlement to the District Court as well as to timely memorialize the settlement.

Dated this 24th day of March, 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER REGARDING SETTLEMENT CONFERENCE - 4