UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLSKIE LINIE LOTNICZE LOT S.A., | Case No. C21-1449RSM |
| Plaintiff, | ORDER GRANTING MOTIONS TO SEAL DOCUMENTS SUPPORTING MOTIONS IN LIMINE |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

This matter comes before the Court on unopposed Motions to Seal exhibits supporting the parties' Motions *in Limine*, Dkts. #202 and #205. The Court, having considered the motion and the papers filed in support of and responses to the same, hereby GRANTS these Motion for the reasons set forth by Defendant. The filings at Dkts. #203 and #208 are to remain under seal.

IT IS SO ORDERED.

DATED this 24th day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1