UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

POLSKIE LINIE LOTNICZE LOT S.A,

Plaintiff,

v.

THE BOEING COMPANY,

Defendants.

Case No. 2:21-CV-01449 RSM

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against Plaintiff(s) POLSKIE LINIE LOTNICZE LOT S.A. et al,  and on behalf of Defendant(s) THE BOEING COMPANY in the amount of $161,468.27. Any items to be awarded, partially awarded, or vacated by this court are listed as follows:

| Deponent or Fee Type | Cost Requested | Cost Disallowed | Cost Allowed |
|---|---|---|---|
| **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case.**<br><br>***Amount reflects the voluntary reduction of $10,350.00 by Boeing for synchronization costs*. | $122,092.53 * | $2,819.00-*[any reductions will be hereafter formatted as Invoice/Cost]*<br><br>***Video Transcripts** are not taxable as duplicative and/or for convenience of counsel*<br>*94092/$251.50; 94128/$111.50; 94126/$137.50; 94132/$64.50; 94145/$142.50; 94144/$133.50; 94151/$111.50; 94159/$43.00; 94158/$70.00; 94164/$84.00;* | $119,273.53 |

TAXATION OF COSTS -1

| | | | |
|---|---|---|---|
| | | *94180/$100.50 (for total reduction of $1,250.00);*<br><br>***Technical Charges** lack specificity for which to determine justification: 94092/$251.50; 94128/$111.50;*<br><br>***Duplicate/second hardcopies** are not taxable as duplicative and/or for convenience of counsel: 94219/$1,150.00;*<br><br>***Expenses (out of pocket)** 9016063/$56.00 Costs not taxable as lacking specificity/justification;* | |
| **Fees and Disbursements for Printing** | $3,276.49 | $379.47- ***Printing** 9033443780/$379.47"overtime labor" not taxable as lacking specificity/justification;* | $2,897.02 |
| **Fees for Witnesses** | $1,627.72 | $0.00 | $1,627.72 |
| **Fees for Exemplification and Costs of Making Copies** | $37,670.00 | $0.00 | $37,670.00 |
| | | | |
| **Totals** | **Costs Requested**<br><br>$164,666.74 | **Costs Disallowed**<br><br>$3,198.47 | **Costs Allowed**<br><br>$161,468.27 |

TAXATION OF COSTS -2

The Clerk of the Court has no discretion but to allow any and all properly ascribed costs to the prevailing party. Neither the equitable considerations between the parties nor the perceived or alleged chilling effect on future litigation may be taken into consideration by the Clerk.

Entered this ___8th___ day of July 2026

Joshua C. Lewis, Clerk
U. S. District Court

By: _s/ Patrick Sherwood_
Patrick Sherwood,
Deputy in Charge

TAXATION OF COSTS -3